JASON K. SINGLETON, State Bar # 166170
jason@singletonlawgroup.com
SINGLETON LAW GROUP
611 "L" Street, Suite "A"
Eureka, CA 95501
(707) 441-1177
FAX:  441-1533

JS-6

Attorneys for Plaintiff, TED ROBINSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ROBINSON, ) | Case No. 2:13-CV-00614 RSWL RZ |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| v. ) | WITH PREJUDICE |
| ) | |
| WILBERT OROZCO, dba BURRITO ) | |
| EXPRESS, RANULFO A. ROSES, ) | |
| MARIA R. ROSES, and DOES ONE ) | |
| TO TEN, inclusive, ) | |
| ) | |
| Defendants. ) | |

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

 1.   The action <u>Robinson v Orozco, et al.</u>, Case Number 2:13-CV-00614 RSWL RZ, is dismissed with prejudice with each party to bear their own attorney fees and costs.


Dated:  6/3/2013          RONALD S.W. LEW
                         HON.  RONALD S. W. LEW
                         Senior, U.S.  DISTRICT COURT JUDGE