**JASON K. SINGLETON, State Bar # 166170**
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite "A"**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX:  441-1533**

J S−6

**Attorneys for Plaintiff, TED ROBINSON**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TED ROBINSON,** ) | **Case No. 2:13-CV-00614 RSWL RZ** |
| ) | |
| **Plaintiff,** ) | **ORDER OF DISMISSAL** |
| **v.** ) | **WITH PREJUDICE** |
| ) | |
| **WILBERT OROZCO, dba BURRITO** ) | |
| **EXPRESS, RANULFO A. ROSES,** ) | |
| **MARIA R. ROSES, and DOES ONE** ) | |
| **TO TEN, inclusive,** ) | |
| ) | |
| **Defendants.** ) | |

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.     The action <u>Robinson v Orozco, et al.</u>, Case Number 2:13-CV-00614 RSWL RZ, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated:  6/3/2013          RONALD S.W. LEW
                          HON.  RONALD S. W. LEW
                          Senior, U.S.  DISTRICT COURT JUDGE